## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEROY PETTYJOHN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 13-CV-4190 |
| JOHN E. WETZEL, ET AL., | : | |
| | : | |
| Defendant. | | |

## ORDER

AND NOW, this 10th day of March 2014, upon careful consideration of Leroy Pettyjohn's petition for writ of habeas corpus under 28 U.S.C. § 2254 (Doc. # 2, 4) and Amendment, the Commonwealth's response, the Magistrate Judge's Report and Recommendation, and petitioner's objections thereto, **IT IS HEREBY ORDERED** that:

1. Petitioner's objections are overruled;

2. The Report and Recommendation of Magistrate Judge Carol Sandra Moore Wells is Approved and Adopted;

3. The petition for writ of habeas corpus is **DISMISSED**;

4. Petitioner having failed to make a substantial showing of the denial of a constitutional right, there is no ground to issue a certificate of appealability; and

5. The Clerk shall **CLOSE** this case for statistical purposes.

                                                                /s/ William H. Yohn Jr.
                                                               William H. Yohn Jr., Judge